**UNITED STATES COURT OF INTERNATIONAL TRADE**

Empire Jewelry Inc.

PLAINTIFF,

V.

United States DEFENDANT.

Court Number: 24-00147

**CUSTOMS CASE MANAGEMENT CALENDAR**

# ORDER OF DISMISSAL

This action, previously placed in the above entitled calendar and not removed therefrom at the expiration of the applicable period of time of removal, is hereby dismissed for lack of prosecution pursuant to Rule 83(c).

Gina Justice
Clerk of the Court

Date: 9/2/2026

By: /s/ Stephen Swindell
Deputy Clerk